11199. CENTRAL OF GEORGIA RAILWAY COMPANY *v.* HARTLEY.

JENKINS, P. J. This case is controlled in nearly every particular by the rulings this day made in *Central of Georgia Railway Co.* v. *Hartley,* ante, 110, which was a suit by another plaintiff growing out of the same transaction. In the instant case the judge did not abuse his discretion in overruling the motion for continuance. Nor do we feel justified in holding that the amount of the verdict is excessive. For none of the reasons assigned do we feel authorized to set the verdict aside.

> *Judgment affirmed. Stephens and Smith, JJ., concur.*
> DECIDED APRIL 7, 1920.

Action for damages; from Washington superior court — Judge Hardeman. November 24, 1919.

The action was for damages on account of the death of the plaintiff's husband, a farmer 48 years of age. The verdict was for $15,000. There was evidence to the effect that he made about $2,200 a year net from his farm, that he was in good health and his services were worth that sum.

*W. M. Goodwin, Evans & Evans,* for plaintiff in error.

*Reuben R. Arnold, Jordan & Harris,* contra.

---

11251. SIKES *v.* McDILDA.

JENKINS, P. J. For the reasons given in *Tillman* v. *Groover,* ante, 118, the writ of error in this case must be

> *Dismissed. Stephens and Smith, JJ., concur.*
> DECIDED APRIL 7, 1920.

Trover; from city court of Reidsville — Judge Cowart. December 3, 1919.

*Elders & DeLoach,* for plaintiff in error.

*W. T. Burkhalter, S. B. McCall,* contra.